## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §                    Case  No. 09-19004-SPS
§
CARDIOLOGY CONSULTANTS OF §
NORTHWEST §
§
§
Debtor

## TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/27/2009.  The undersigned trustee was appointed on 05/27/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.     The trustee realized gross receipts of                    $24,163.70

          Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $7,256.93 |
| Bank service fees | $21.55 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $16,885.22 |

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was <u>10/22/2009</u> and the deadline for filing government claims was <u>10/22/2009</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$3,166.38</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$329.47</u>.[*] or a total compensation of <u>$329.47</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>06/11/2012</u>                   By:   <u>/s/ Gus A. Paloian</u>
                                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

*Trustee voluntarily has subordinated his request for Trustee compensation to the payment in full of allowed administrative claims of Trustee's Accountants and Trustee's Attorneys

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1                     Exhibit A

| | | |
|---|---|---|
| Case No.: | 09-19004-SPS | Trustee Name:   Gus A. Paloian |
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Date Filed (f) or Converted (c):   05/27/2009 (f) |
| For the Period Ending: | 5/2/2012 | §341(a) Meeting Date:   07/08/2009 |
| | | Claims Bar Date:   10/22/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | ACCOUNTS RECEIVABLE | $10,956.20 | $0.00 | | $10,956.20 | FA |
| Asset Notes: | ACCOUNTS RECEIVABLE RECOVERED BY MEDI-DATA SERVICES, LTD | | | | | |
| 2 | ACCOUNTS RECEIVABLE | $1,200.00 | $0.00 | | $1,200.00 | FA |
| Asset Notes: | ACCOUNTS RECEIVABLE RECOVERED BY KCA FINANCIAL SERVICES, INC. | | | | | |
| 3 | BANK ACCOUNTS | $10.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Checking account (operating account) - Chase | | | | | |
| 4 | MACHINERY, FIXTURES, AND BUSINESS E | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 3 computers, printers and monitors, 1 scanner, 2 end tables, 1 treadmill, 20 chairs, 2 tables, 3 desks, miscellaneous cabinets, filing cabinets | | | | | |
| 5 | BANK ACCOUNTS | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Checking account (operating account) - Citibank | | | | | |
| 6 | BANK ACCOUNTS | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Checking account (operating account) - Bank of America | | | | | |
| 7 | BANK ACCOUNTS | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Checking account (payroll account) - Citibank | | | | | |
| 8 | ACCOUNTS RECEIVABLE | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | A/C | | | | | |
| 9 | OFFICE EQUIPMENT, FURNISHINGS, AND | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Copier (leased) | | | | | |
| 10 | MACHINERY, FIXTURES, AND BUSINESS E | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | HP AED Defibrillator, Treadmill (Model TMX 425), Cambridge Heart Monitor (Model CH 2000), Echo Sonos 5500, HP Page Writer, 300 PI, DFT machine | | | | | |
| 11 | MACHINERY, FIXTURES, AND BUSINESS E | $40,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CardioDynamics Bioz DX ICG System (leased) and EKG | | | | | |
| 12 | SALE OF COMPANY ASSETS | $60,000.00 | $12,000.00 | | $12,000.00 | FA |
| Asset Notes: | ALL SCHEDULED OFFICE EQUIPMENT, MACHINERY, AND FIXTURES   RELATED TO SCHEDULED PROPERTIES (ASSET NOS. 4, 9, 11) | | | | | |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 10000 | Notes and Accounts Receivables (u)          (u) | $0.00 | $18.75 | DA | $0.00 | FA |
| Asset Notes: | Stale dated collection check received from KCA Financial Services; no benefit to Estate creditors to pursue recovery of these funds; Trustee will abandon at closing | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    2          Exhibit A

| Case No.: | 09-19004-SPS | | Trustee Name: | Gus A. Paloian |
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | | Date Filed (f) or Converted (c): | 05/27/2009 (f) |
| For the Period Ending: | 5/2/2012 | | §341(a) Meeting Date: | 07/08/2009 |
| | | | Claims Bar Date: | 10/22/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT    Interest Asset | Unknown | Unknown | | $7.50 | Unknown |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $123,166.20 | $12,018.75 | | $24,163.70 | $0.00 |

**Major Activities affecting case closing:**
   Trustee has liquidated certain business assets of the Debtor (machinery, office equipment).  Accountant prepared final tax returns. Final Report drafted.

**Initial Projected Date Of Final Report (TFR):**    08/31/2010          **Current Projected Date Of Final Report (TFR):**    07/31/2012

/s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-SPS | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | | Checking Acct #: | ******5120 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Assoc. Bank Checking Account |
| For Period Beginning: | 5/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $16,899.71 | | $16,899.71 |
| 11/30/2011 | | ASSOCIATED BANK | Wire In fee | 2990-000 | | $15.00 | $16,884.71 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $16,899.71 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $16,899.71 | $0.00 |
| | | TOTALS: | | | $16,899.71 | $16,899.71 | $0.00 |
| | | Less: Bank transfers/CDs | | | $16,899.71 | $16,899.71 | |
| | | Subtotal | | | $0.00 | $0.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $0.00 | $0.00 | |

| For the period of 5/27/2009 to 5/2/2012 | | For the entire history of the account between 01/18/2012 to 5/2/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,899.71 | Total Internal/Transfer Receipts: | $16,899.71 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 | Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $16,899.71 | Total Internal/Transfer  Disbursements: | $16,899.71 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-19004-SPS | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | | Money Market Acct #: | ******4277 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 5/27/2009 | | | |
| For Period Ending: | 5/2/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2009 | (1) | CHRISTOPHER J. NEVILLE | ACCOUNTS RECEIVABLE | 1121-000 | $40.00 | | $40.00 |
| 07/22/2009 | (1) | RONALD D. LEE | ACCOUNTS RECEIVABLE | 1121-000 | $20.00 | | $60.00 |
| 07/22/2009 | (1) | MICHAEL DANIEL OLVERA | ACCOUNTS RECEIVABLE | 1121-000 | $20.00 | | $80.00 |
| 07/22/2009 | (1) | BARBARA A. AIELLO | ACCOUNTS RECEIVABLE | 1121-000 | $20.00 | | $100.00 |
| 07/22/2009 | (1) | DAWN A. MORA | ACCOUNTS RECEIVABLE | 1121-000 | $38.91 | | $138.91 |
| 07/22/2009 | (1) | SYBIL D. STEWARD | ACCOUNTS RECEIVABLE | 1121-000 | $101.06 | | $239.97 |
| 07/22/2009 | (1) | ANDREW J. ROWE | ACCOUNTS RECEIVABLE | 1121-000 | $184.72 | | $424.69 |
| 07/22/2009 | (1) | RICHARD A. LUTKUS | ACCOUNTS RECEIVABLE | 1121-000 | $146.00 | | $570.69 |
| 07/22/2009 | (1) | JONATHAN S. ROSS | ACCOUNTS RECEIVABLE | 1121-000 | $20.00 | | $590.69 |
| 07/22/2009 | (1) | ESTELLE CLARK | ACCOUNTS RECEIVABLE | 1121-000 | $25.00 | | $615.69 |
| 07/22/2009 | (1) | DANIEL F. BROPHY | ACCOUNTS RECEIVABLE | 1121-000 | $177.00 | | $792.69 |
| 07/22/2009 | (1) | GLENN C. KRAUSE | ACCOUNTS RECEIVABLE | 1121-000 | $20.00 | | $812.69 |
| 07/22/2009 | (1) | HERMENEGILDO YU | ACCOUNTS RECEIVABLE | 1121-000 | $25.00 | | $837.69 |
| 07/22/2009 | (1) | HERMENEGILDO YU | ACCOUNTS RECEIVABLE | 1121-000 | $25.00 | | $862.69 |
| 07/22/2009 | (1) | RUTHIE M. MILLER | ACCOUNTS RECEIVABLE | 1121-000 | $5.40 | | $868.09 |
| 07/22/2009 | (1) | JANICE M. FLESZAR | ACCOUNTS RECEIVABLE | 1121-000 | $241.20 | | $1,109.29 |
| 07/22/2009 | (1) | BERNADETTE HACKMAN | ACCOUNTS RECEIVABLE | 1121-000 | $43.00 | | $1,152.29 |
| 07/22/2009 | (1) | RAYNELL BLOCK | ACCOUNTS RECEIVABLE | 1121-000 | $34.30 | | $1,186.59 |
| 07/22/2009 | (1) | REBECCA DUCHATEAU | ACCOUNTS RECEIVABLE | 1121-000 | $51.07 | | $1,237.66 |
| 07/22/2009 | (1) | KARLA KAULFUSS | ACCOUNTS RECEIVABLE | 1121-000 | $10.00 | | $1,247.66 |
| 07/22/2009 | (1) | COSTA D. ALEXANDER | ACCOUNTS RECEIVABLE | 1121-000 | $31.30 | | $1,278.96 |
| 07/22/2009 | (1) | MICHAEL C. SHERMAN | ACCOUNTS RECEIVABLE | 1121-000 | $30.00 | | $1,308.96 |
| 07/22/2009 | (1) | ELIZABETH BEKOE | ACCOUNTS RECEIVABLE | 1121-000 | $25.00 | | $1,333.96 |
| 07/22/2009 | (1) | JULIA L. SMITH | ACCOUNTS RECEIVABLE | 1121-000 | $10.00 | | $1,343.96 |
| 07/22/2009 | (1) | RUTHIE M. MILLER | ACCOUNTS RECEIVABLE | 1121-000 | $6.32 | | $1,350.28 |
| 07/22/2009 | (1) | VICTORIA BROYDO | ACCOUNTS RECEIVABLE | 1121-000 | $110.00 | | $1,460.28 |
| 07/22/2009 | (1) | BENJAMIN P. MCDONALD | ACCOUNTS RECEIVABLE | 1121-000 | $25.00 | | $1,485.28 |
| | | | | SUBTOTALS | $1,485.28 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 09-19004-SPS | |
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | |
| Primary Taxpayer ID #: | ******2447 | |
| Co-Debtor Taxpayer ID #: | | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | **B OF A /ASSOCIATED BANK |
| Money Market Acct #: | ******4277 |
| Account Title: | Money Market Account (Interest Earn |

| | | |
|---|---|---|
| For Period Beginning: | 5/27/2009 | |
| For Period Ending: | 5/2/2012 | |

| | |
|---|---|
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 07/22/2009 | (1) | ESTELLE CLARK | ACCOUNTS RECEIVABLE | 1121-000 | $25.00 | | $1,510.28 |
| 07/22/2009 | (1) | SHIRLEY HATHAWAY | ACCOUNTS RECEIVABLE | 1121-000 | $206.70 | | $1,716.98 |
| 07/22/2009 | (1) | JOHATHAN S. ROSS | ACCOUNTS RECEIVABLE | 1121-000 | $20.00 | | $1,736.98 |
| 07/22/2009 | (1) | TAMARA MYERS | ACCOUNTS RECEIVABLE | 1121-000 | $50.00 | | $1,786.98 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1121-000 | $2,021.03 | | $3,808.01 |
| 07/22/2009 | (1) | UMR | ACCOUNTS RECEIVABLE | 1121-000 | $25.28 | | $3,833.29 |
| 07/22/2009 | (1) | UNITED HEALTHCARE SERVICE LLC | ACCOUNTS RECEIVABLE | 1121-000 | $25.37 | | $3,858.66 |
| 07/22/2009 | (1) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $101.25 | | $3,959.91 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1121-000 | $187.34 | | $4,147.25 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1121-000 | $14.02 | | $4,161.27 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1121-000 | $7.68 | | $4,168.95 |
| 07/22/2009 | (1) | AETNA | ACCOUNTS RECEIVABLE | 1121-000 | $143.01 | | $4,311.96 |
| 07/22/2009 | (1) | UNITED HEALTH CARE | ACCOUNTS RECEIVABLE | 1121-000 | $216.20 | | $4,528.16 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1121-000 | $386.78 | | $4,914.94 |
| 07/22/2009 | (1) | UNITED HEALTHCARE INSURANCE COMPANY | ACCOUNTS RECEIVABLE | 1121-000 | $2.02 | | $4,916.96 |
| 07/22/2009 | (1) | DANIEL W. HYNES | ACCOUNTS RECEIVABLE | 1121-000 | $7.20 | | $4,924.16 |
| 07/22/2009 | (1) | DANIEL W. HYNES | ACCOUNTS RECEIVABLE | 1121-000 | $1.18 | | $4,925.34 |
| 07/22/2009 | (1) | MARQUETTE NATIONAL LIFE INSURANCE C | ACCOUNTS RECEIVABLE | 1121-000 | $31.71 | | $4,957.05 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1121-000 | $31.71 | | $4,988.76 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1121-000 | $35.78 | | $5,024.54 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1121-000 | $7.77 | | $5,032.31 |
| 07/22/2009 | (1) | BLUECROSS BLLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1121-000 | $1,971.30 | | $7,003.61 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1121-000 | $949.53 | | $7,953.14 |
| 07/22/2009 | (1) | BARBARA SUBER | ACCOUNTS RECEIVABLE | 1121-000 | $20.00 | | $7,973.14 |

| | SUBTOTALS | $6,487.86 | $0.00 |
|---|---|---|---|

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-19004-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Money Market Acct #: | ******4277 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 5/27/2009 | | |
| For Period Ending: | 5/2/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2009 | (1) | BARBARA SUBER | ACCOUNTS RECEIVABLE | 1121-000 | $20.00 | | $7,993.14 |
| 07/22/2009 | (1) | LESLIE ANN SWIBES | ACCOUNTS RECEIVABLE | 1121-000 | $30.00 | | $8,023.14 |
| 07/22/2009 | (1) | LESLIE ANN SWIBES | ACCOUNTS RECEIVABLE | 1121-000 | $54.60 | | $8,077.74 |
| 07/22/2009 | (1) | LESLIE ANN SWIBES | ACCOUNTS RECEIVABLE | 1121-000 | $30.00 | | $8,107.74 |
| 07/22/2009 | (1) | UNITED HEALTH CARE | ACCOUNTS RECEIVABLE | 1121-000 | $97.32 | | $8,205.06 |
| 07/22/2009 | (1) | UNITED HEALTHCARE INSURANCE COMPANY | ACCOUNTS RECEIVABLE | 1121-000 | $162.07 | | $8,367.13 |
| 07/22/2009 | (1) | PRINCIPAL FINANCIAL GROUP | ACCOUNTS RECEIVABLE | 1121-000 | $179.96 | | $8,547.09 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1121-000 | $1,169.07 | | $9,716.16 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1121-000 | $269.07 | | $9,985.23 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1121-000 | $480.73 | | $10,465.96 |
| 07/22/2009 | (1) | EVAN FADER | ACCOUNTS RECEIVABLE | 1121-000 | $20.00 | | $10,485.96 |
| 07/22/2009 | (1) | AETNA | ACCOUNTS RECEIVABLE | 1121-000 | $181.02 | | $10,666.98 |
| 07/22/2009 | (1) | UNITED OF OMAHA LIFE INSURANCE CO. | ACCOUNTS RECEIVABLE | 1121-000 | $121.64 | | $10,788.62 |
| 07/22/2009 | (1) | STERLING LIFE INSURANCE COMPANY | ACCOUNTS RECEIVABLE | 1121-000 | $53.37 | | $10,841.99 |
| 07/22/2009 | (1) | HUMANA | ACCOUNTS RECEIVABLE | 1121-000 | $114.21 | | $10,956.20 |
| 07/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.04 | | $10,956.24 |
| 08/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.28 | | $10,956.52 |
| 09/10/2009 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $200.00 | $10,756.52 |
| 09/15/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $18.75 | | $10,775.27 |
| 09/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.27 | | $10,775.54 |
| 10/09/2009 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $295.00 | $10,480.54 |
| 10/22/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $150.00 | | $10,630.54 |
| 10/22/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $168.75 | | $10,799.29 |
| 10/22/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $150.00 | | $10,949.29 |
| | | | **SUBTOTALS** | | $3,471.15 | $495.00 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-19004-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Money Market Acct #: | ******4277 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 10/22/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $168.75 | | $11,118.04 |
| 10/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.26 | | $11,118.30 |
| 11/06/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $93.75 | | $11,212.05 |
| 11/17/2009 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $331.00 | $10,881.05 |
| 11/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.28 | | $10,881.33 |
| 12/04/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $75.00 | | $10,956.33 |
| 12/08/2009 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $10,671.33 |
| 12/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.27 | | $10,671.60 |
| 01/05/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $10,386.60 |
| 01/13/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $93.75 | | $10,480.35 |
| 01/28/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $10,195.35 |
| 01/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.26 | | $10,195.61 |
| 02/05/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $75.00 | | $10,270.61 |
| 02/05/2010 | 201 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | $8.69 | $10,261.92 |
| 02/26/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.24 | | $10,262.16 |
| 03/02/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $9,977.16 |
| 03/08/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $93.75 | | $10,070.91 |
| 03/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.26 | | $10,071.17 |
| 04/02/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $9,786.17 |
| 04/15/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $75.00 | | $9,861.17 |
| 04/21/2010 | (12) | GREAT LAKES BANK OF CHOICE | SALE OF PERSONAL PROPERTY | 1129-000 | $12,000.00 | | $21,861.17 |
| 04/23/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $5,000.00 | $16,861.17 |
| 04/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.26 | | $16,861.43 |
| 05/11/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $18.75 | | $16,880.18 |
| 05/28/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.43 | | $16,880.61 |
| 06/09/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1121-000 | $18.75 | | $16,899.36 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.42 | | $16,899.78 |
| | | | **SUBTOTALS** | | $12,715.18 | $6,764.69 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-19004-SPS | |
| **Case Name:** | CARDIOLOGY CONSULTANTS OF NORTHWEST | |
| **Primary Taxpayer ID #:** | ******2447 | |
| **Co-Debtor Taxpayer ID #:** | | |
| | | |
| **For Period Beginning:** | 5/27/2009 | |
| **For Period Ending:** | 5/2/2012 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Money Market Acct #:** | ******4277 |
| **Account Title:** | Money Market Account (Interest Earn |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.43 | | $16,900.21 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.43 | | $16,900.64 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.42 | | $16,901.06 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.42 | | $16,901.48 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.42 | | $16,901.90 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.43 | | $16,902.33 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.43 | | $16,902.76 |
| 02/25/2011 | 202 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | 2300-000 | | $15.75 | $16,887.01 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.13 | | $16,887.14 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.14 | | $16,887.28 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.13 | | $16,887.41 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $16,887.56 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.14 | | $16,887.70 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.13 | | $16,887.83 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $16,887.98 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.14 | | $16,888.12 |
| 10/04/2011 | | Transfer from Acct #******4280 | Bank Funds Transfer | 9999-000 | $33.00 | | $16,921.12 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.14 | | $16,921.26 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $21.55 | $16,899.71 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.13 | | $16,899.84 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $16,899.71 | $0.13 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | | 1270-000 | ($0.13) | | $0.00 |
| | | | | **SUBTOTALS** | $37.23 | $16,937.01 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-SPS | | Trustee Name: | Gus A. Paloian |
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | | Money Market Acct #: | ******4277 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 5/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $24,196.70 | $24,196.70 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $33.00 | $24,150.71 | |
| | | | **Subtotal** | | $24,163.70 | $45.99 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $24,163.70 | $45.99 | |

**For the period of  5/27/2009 to 5/2/2012**

| | |
|---|---|
| Total Compensable Receipts: | $24,163.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,163.70 |
| Total Internal/Transfer Receipts: | $33.00 |
| | |
| Total Compensable Disbursements: | $45.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $45.99 |
| Total Internal/Transfer  Disbursements: | $24,150.71 |

**For the entire history of the account between 07/22/2009 to 5/2/2012**

| | |
|---|---|
| Total Compensable Receipts: | $24,163.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,163.70 |
| Total Internal/Transfer Receipts: | $33.00 |
| | |
| Total Compensable Disbursements: | $45.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $45.99 |
| Total Internal/Transfer  Disbursements: | $24,150.71 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Checking Acct #: | ******4280 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/10/2009 | | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $200.00 | | $200.00 |
| 09/10/2009 | 2001 | U-STOR-IT | STORAGE FEES | 2410-000 | | $167.00 | $33.00 |
| 10/09/2009 | | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $295.00 | | $328.00 |
| 10/09/2009 | 2002 | U-STOR-IT | STORAGE FEES | 2410-000 | | $295.00 | $33.00 |
| 11/17/2009 | | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $331.00 | | $364.00 |
| 11/17/2009 | 2003 | U-STOR-IT | STORAGE FEES | 2410-000 | | $331.00 | $33.00 |
| 12/08/2009 | | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 | | $318.00 |
| 12/08/2009 | 2004 | U-STOR-IT | STORAGE FEES | 2410-000 | | $285.00 | $33.00 |
| 01/05/2010 | | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 | | $318.00 |
| 01/05/2010 | 2005 | U-STOR-IT | STORAGE FEES | 2410-000 | | $285.00 | $33.00 |
| 01/28/2010 | | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 | | $318.00 |
| 01/28/2010 | 2006 | U-STOR-IT | STORAGE FEES | 2410-000 | | $285.00 | $33.00 |
| 03/02/2010 | | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 | | $318.00 |
| 03/02/2010 | 2007 | U-STOR-IT | STORAGE FEES | 2410-000 | | $285.00 | $33.00 |
| 04/02/2010 | | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 | | $318.00 |
| 04/02/2010 | 2008 | U-STOR-IT | STORAGE FEES | 2410-000 | | $285.00 | $33.00 |
| 04/23/2010 | | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $5,000.00 | | $5,033.00 |
| 04/23/2010 | 2009 | WELLS FARGO BANK | INTEREST IN LEASE | 2990-000 | | $5,000.00 | $33.00 |
| 10/04/2011 | | Transfer to Acct #******4277 | Bank Funds Transfer | 9999-000 | | $33.00 | $0.00 |

| | | | | **SUBTOTALS** | $7,251.00 | $7,251.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-SPS | | Trustee Name: | Gus A. Paloian |
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | | Checking Acct #: | ******4280 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | BofA Checking Account |
| For Period Beginning: | 5/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $7,251.00 | $7,251.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $7,251.00 | $33.00 | |
| | | | **Subtotal** | | $0.00 | $7,218.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7,218.00 | |

| For the period of 5/27/2009 to 5/2/2012 | | For the entire history of the account between 07/22/2009 to 5/2/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,251.00 | Total Internal/Transfer Receipts: | $7,251.00 |
| | | | |
| Total Compensable Disbursements: | $7,218.00 | Total Compensable Disbursements: | $7,218.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,218.00 | Total Comp/Non Comp Disbursements: | $7,218.00 |
| Total Internal/Transfer Disbursements: | $33.00 | Total Internal/Transfer Disbursements: | $33.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 09-19004-SPS | |
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | |
| Primary Taxpayer ID #: | ******2447 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 5/27/2009 | |
| For Period Ending: | 5/2/2012 | |

| | | |
|---|---|---|
| Trustee Name: | Gus A. Paloian | |
| Bank Name: | East West Bank | |
| Checking Acct #: | ******0043 | |
| Account Title: | DDA | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $16,899.71 | | $16,899.71 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $14.49 | $16,885.22 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $16,899.71 | $14.49 | $16,885.22 |
| **Less: Bank transfers/CDs** | $16,899.71 | $0.00 | |
| **Subtotal** | $0.00 | $14.49 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $14.49 | |

| For the period of  5/27/2009 to 5/2/2012 | | For the entire history of the account between 02/22/2012 to 5/2/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,899.71 | Total Internal/Transfer Receipts: | $16,899.71 |
| | | | |
| Total Compensable Disbursements: | $14.49 | Total Compensable Disbursements: | $14.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $14.49 | Total Comp/Non Comp  Disbursements: | $14.49 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******2447 | Checking Acct #: | ******0043 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | $24,163.70 | $7,278.48 | $16,885.22 |

| For the period of 5/27/2009 to 5/2/2012 | | For the entire history of the case between 05/27/2009 to 5/2/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,163.70 | Total Compensable Receipts: | $24,163.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,163.70 | Total Comp/Non Comp Receipts: | $24,163.70 |
| Total Internal/Transfer Receipts: | $41,083.42 | Total Internal/Transfer Receipts: | $41,083.42 |
| | | | |
| Total Compensable Disbursements: | $7,278.48 | Total Compensable Disbursements: | $7,278.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,278.48 | Total Comp/Non Comp Disbursements: | $7,278.48 |
| Total Internal/Transfer Disbursements: | $41,083.42 | Total Internal/Transfer Disbursements: | $41,083.42 |

CLAIM ANALYSIS REPORT

Page No: 1   Exhibit C

| Case No. | 09-19004-SPS | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | | | | Date: | 5/2/2012 |
| Claims Bar Date: | 10/22/2009 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN, TRUSTEE 131 S. DEARBORN STREET SUITE 2400 CHICAGO  60603 | 04/18/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,166.38 | $329.47 | $0.00 | $0.00 | $0.00 | $329.47 |

**Claim Notes:**   Trustee voluntarily subordinated his claim for Trustee compensation to the payment in full of allowed fees and expenses of the Trustee's Attorneys and Trustee's Accountants.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | POPOWCER KATTEN, LTD. 35 E. WACKER DR., SUITE 1550 CHICAGO IL 60601 | 04/18/2012 | Accountant for Trustee Fees (Other | Allowed | 3410-000 | $0.00 | $1,983.00 | $1,983.00 | $0.00 | $0.00 | $0.00 | $1,983.00 |
| * | SEYFARTH SHAW | 04/18/2012 | Attorney for Trustee Expenses (Trus | Allowed | 3120-000 | $0.00 | $309.75 | $309.75 | $0.00 | $0.00 | $0.00 | $309.75 |
| * | SEYFARTH SHAW | 04/18/2012 | Attorney for Trustee Fees (Trustee | Allowed | 3110-000 | $0.00 | $14,263.00 | $14,263.00 | $0.00 | $0.00 | $0.00 | $14,263.00 |
| * 1 | WELLS FARGO BANK, N.A. MAC S4101-08C 100 W. Washington St. Phoenix AZ 85003 | 07/31/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $58,383.41 | $58,381.20 | $58,381.20 | $0.00 | $0.00 | $0.00 | $58,381.20 |
| * 2 | CONDUITS ONLINE CUSTOMER USAGE Northwestern Univ Info Tech. 1800 Sherman Ave., #206 Evanston IL 60201 | 07/31/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $110.38 | $441.52 | $441.52 | $0.00 | $0.00 | $0.00 | $441.52 |
| * 3 | PRONTO CONNECTIONS 820 Orleans, Suite 300 Chicago IL 60610 | 08/05/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,047.75 | $1,608.17 | $1,608.17 | $0.00 | $0.00 | $0.00 | $1,608.17 |
| * 4 | AMERICAN INFO SOURCE AS AGENT for FIA Card nka Bank of America P.O. Box 248809 Oklahoma City OK 731248809 | 08/19/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $27,730.40 | $5,755.67 | $5,755.67 | $0.00 | $0.00 | $0.00 | $5,755.67 |
| * 5 | AMERICAN INFOSOURCE AS AGENT FOR FIA Card nka Bank of America P.O. Box 248809 Oklahoma City OK 731248809 | 08/19/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $6,126.16 | $22,887.43 | $22,887.43 | $0.00 | $0.00 | $0.00 | $22,887.43 |

* There is an objection filed for this claim

Case 09-19004    Doc 29    Filed 06/11/12    Entered 06/11/12 15:07:14    Desc Main

CLAIM ANALYSIS REPORT    Page No: 2    Exhibit C

| Case No.: | 09-19004-SPS | | Trustee Name: | Gus A. Paloian |
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | | Date: | 5/2/2012 |
| Claims Bar Date: | 10/22/2009 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 6 | PATTERSON OFFICE SUPPLIES<br>27101 Network Place<br>Chicago IL 60673 | 08/28/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $195.22 | $195.22 | $195.22 | $0.00 | $0.00 | $0.00 | $195.22 |
| * 7 | CHASE BANK USA NA<br>P.O. Box 15145<br>Wilmington DE 198505145 | 09/03/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $397.03 | $1,065.39 | $1,065.39 | $0.00 | $0.00 | $0.00 | $1,065.39 |
| ADMIN | U-STOR-IT | | Administrative Rent (post-petition | Allowed | 2410-000 | $0.00 | $167.00 | $167.00 | $167.00 | $0.00 | $0.00 | $0.00 |
| | Claim Notes:    FEE FOR BALANCE DUE ON DEBTOR'S STORAGE UNIT | | | | | | | | | | | |
| ADMIN | U-STOR-IT | | Administrative Rent (post-petition | Allowed | 2410-000 | $0.00 | $295.00 | $295.00 | $295.00 | $0.00 | $0.00 | $0.00 |
| | Claim Notes:    FEES FOR OCTOBER RENT ON DEBTOR'S STORAGE UNIT | | | | | | | | | | | |
| ADMIN | U-STOR-IT | | Administrative Rent (post-petition | Allowed | 2410-000 | $0.00 | $285.00 | $285.00 | $285.00 | $0.00 | $0.00 | $0.00 |
| ADMIN | U-STOR-IT | | Administrative Rent (post-petition | Allowed | 2410-000 | $0.00 | $331.00 | $331.00 | $331.00 | $0.00 | $0.00 | $0.00 |
| | Claim Notes:    NOVEMBER RENT PLUS LATE FEES | | | | | | | | | | | |
| ADMIN | U-STOR-IT | | Administrative Rent (post-petition | Allowed | 2410-000 | $0.00 | $285.00 | $285.00 | $285.00 | $0.00 | $0.00 | $0.00 |
| ADMIN | U-STOR-IT | | Administrative Rent (post-petition | Allowed | 2410-000 | $0.00 | $285.00 | $285.00 | $285.00 | $0.00 | $0.00 | $0.00 |
| ADMIN | U-STOR-IT | | Administrative Rent (post-petition | Allowed | 2410-000 | $0.00 | $285.00 | $285.00 | $285.00 | $0.00 | $0.00 | $0.00 |
| ADMIN | U-STOR-IT | | Administrative Rent (post-petition | Allowed | 2410-000 | $0.00 | $285.00 | $285.00 | $285.00 | $0.00 | $0.00 | $0.00 |
| BOND | INTERNATIONAL SECURITIES, LTD | 02/25/2011 | Bond Payments | Allowed | 2300-000 | $0.00 | $15.75 | $15.75 | $15.75 | $0.00 | $0.00 | $0.00 |
| ADMIN | WELLS FARGO BANK | | Other Chapter 7 Administrative Expe | Allowed | 2990-000 | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | Claim Notes:    Pursuant to Wells Fargo Bank's lease and security interest in certain medical equipment included in the sale. | | | | | | | | | | | |
| | | | | | | $117,290.48 | $114,453.57 | $7,233.75 | $0.00 | $0.00 | | $107,219.82 |

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT

Page No:  3

Exhibit C

| | |
|---|---|
| **Case No.** | 09-19004-SPS |
| **Case Name:** | CARDIOLOGY CONSULTANTS OF NORTHWEST |
| **Claims Bar Date:** | 10/22/2009 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 5/2/2012 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other | $1,983.00 | $1,983.00 | $0.00 | $0.00 | $0.00 | $1,983.00 |
| Administrative Rent (post-petition | $2,218.00 | $2,218.00 | $2,218.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trus | $309.75 | $309.75 | $0.00 | $0.00 | $0.00 | $309.75 |
| Attorney for Trustee Fees (Trustee | $14,263.00 | $14,263.00 | $0.00 | $0.00 | $0.00 | $14,263.00 |
| Bond Payments | $15.75 | $15.75 | $15.75 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $90,334.60 | $90,334.60 | $0.00 | $0.00 | $0.00 | $90,334.60 |
| Other Chapter 7 Administrative Expe | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,166.38 | $329.47 | $0.00 | $0.00 | $0.00 | $329.47 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       09-19004-SPS
Case Name:      CARDIOLOGY CONSULTANTS OF NORTHWEST
Trustee Name:   Gus A. Paloian

Balance on hand:    _____    $16,885.22

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    _____    $0.00
Remaining balance:    _____    $16,885.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment | |
|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $3,166.38 | $0.00 | $329.47 | * |
| SEYFARTH SHAW, Attorney for Trustee Fees | $14,263.00 | $0.00 | $14,263.00 | |
| SEYFARTH SHAW, Attorney for Trustee Expenses | $309.75 | $0.00 | $309.75 | |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $1,983.00 | $0.00 | $1,983.00 | |

*Trustee voluntarily subordinated his request for compensation to the payment in full of allowed administrative claims of
Trustee's Attorneys and Trustee's Accountants

Total to be paid for chapter 7 administrative expenses:    _____    $16,885.22
Remaining balance:    _____    $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    _____    $0.00
Remaining balance:    _____    $0.00

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:    _____    $0.00

Remaining balance:        $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $90,334.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $58,381.20 | $0.00 | $0.00 |
| 2 | Conduits Online Customer Usage | $441.52 | $0.00 | $0.00 |
| 3 | Pronto Connections | $1,608.17 | $0.00 | $0.00 |
| 4 | American Info Source as Agent | $5,755.67 | $0.00 | $0.00 |
| 5 | American Infosource as Agent for | $22,887.43 | $0.00 | $0.00 |
| 6 | Patterson Office Supplies | $195.22 | $0.00 | $0.00 |
| 7 | Chase Bank USA NA | $1,065.39 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:      $0.00

Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00

Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00