UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| CARDIOLOGY CONSULTANTS OF NORTHWESTERN, P.C. | ) | CASE NO. 09-19004 SPS |
| | ) | |
| | ) | HON. SUSAN PIERSON SONDERBY |
| Debtor. | ) | Hearing Date: July 18, 2012 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR**
**PROFESSIONAL COMPENSATION**

Name of Applicant:    Popowcer Katten, Ltd., accountants to Trustee

Date of Order Authorizing Employment:    April 4, 2011

Period for Which
Compensation is Sought:    February 16, 2012 through February 21, 2012

Amount of Fees Sought:    $1,983.00

Amount of Expense
Reimbursement Sought:    $0.00

This is an:                    Interim Application  _____    Final Application:    X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:

Date:    June 11, 2012                    By:    /s/ Lois West, C.P.A.
                                                                 Applicant: Popowcer Katten, Ltd.

14374444v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 09-19004 |
| ) | |
| CARDIOLOGY CONSULTANTS OF ) | Hon. Timothy A. Barnes |
| NORTHWESTERN, P.C., ) | |
| ) | |
| Debtor ) | Hearing Date: July 18, 2012 |
| ) | Hearing Time: 10:30 a.m. |

**FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD.
FOR ALLOWANCE OF COMPENSATION
AS ACCOUNTANTS FOR THE ESTATE**

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the Bankruptcy Estate of Cardiology Consultants of Northwestern, P.C. (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period February 16, 2012 through the close of this case (the "Application Period"). In support of this Application, Popowcer states as follows:

**FACTUAL AND PROCEDURAL BACKGROUND**

1.  On May 29, 2009, the Debtor filed its voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, thereby commencing this case.

2.  Shortly thereafter, Gus A. Paloian was appointed as Chapter 7 Trustee in this case.

3.  By its Order of April 4, 2011, this Court authorized the Trustee to employ Popowcer as accountants for the Estate. A copy of the April 4, 2011 order is attached hereto as **Exhibit 1**.

14374444v.1

### EXTENT AND NATURE OF SERVICES RENDERED

4. Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to the preparation of tax forms and returns for the Estate for the years ended December 31, 2009, December 31, 2010 and the final tax year ending December 31, 2011; additionally, Popowcer prepared letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with section 505(b).

5. In this Application, Popowcer seeks the allowance of $1,983.00 in final compensation for 8.70 hours of necessary services rendered. A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

### PRIOR COMPENSATION

6. This is the first and final application that Popowcer will file in the case.

7. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

### STATUS OF CASE

8. The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

### RELIEF REQUESTED

WHEREFORE, Popowcer requests the entry of an Order:

A. Allowing Popowcer final compensation in the amount of $1,983.00;

B. Authorizing the Trustee to pay Popowcer the amounts of compensation awarded as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

3

14374444v.1

    C.    Granting such other and further relief as this Court deems proper.

Dated: June 11, 2012          Respectfully submitted,

                               Popowcer Katten, Ltd., Accountants

                               By: /s/ Lois West
                                       Lois West, CPA

# EXHIBIT 1

14374444v.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-19004 |
| | ) | |
| CARDIOLOGY CONSULTANTS OF | ) | Chapter: 7 |
| NORTHWESTERN, PC. | ) | |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor(s) | ) | |

Order Granting Trustee Authority To Retain And Employ
Accountant And Other Related Relief

Upon the Application (the "Application") of Chapter 7 Trustee (the "Trustee") for Entry of Order Authorizing and Approving the Retention of Popowcer Katten, Ltd. ("PKL") as His Accountant; and upon the Affidavit of Lois West (the "West Affidavit"); due and adequate notice of the Application having been provided and no other or further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, in accordance with 11 U.S.C. §§ 105(a), 327(a), and 328(a), and Federal Rule of Bankruptcy Procedure 2002(a)(6), that the retention and employment of PKL, on the terms and conditions described in the Application and the West Affidavit, is authorized and approved.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated:

**Prepared by counsel of Movant:**

M. Ryan Pinkston
131 S. Dearborn St, Ste 2400
Chicago, IL 60603
Telephone: (312) 460-5578
Facsimile: (312) 460-7000
Email: rpinkston@seyfarth.com

Rev: 20101008_bko

# EXHIBIT 2

14374444v.1

**Invoice No. 25357**



**POPOWCER KATTEN, LTD.**

CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Cardiology Consultants of Northwestern, PC  (09-19004)
- c/o Gus A. Paloian, Trustee
- 131 S. Dearborn Street, Suite 2400
- Chicago, IL 60603

**Date:** March 16, 2012                     **Account No.:** PAL1023L

For Professional Services Rendered:

For accounting and tax services rendered for the period February 16, 2012 through February 21, 2012 including preparation of federal and state corporate income tax returns for the years ended December 31, 2009, December 31, 2010, December 31, 2011 and final year ended February 29, 2012 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|            | Title                  | Hours | Rate   | Amount     |
|------------|------------------------|-------|--------|------------|
| L. West    | Bankruptcy Specialist  | 6.9   | $230.  | $ 1,587.00 |
| B. Glusak  | Tax Specialist         | 1.8   | 220.   | 396.00     |
|            | Total Fees :           | 8.7   |        | $ 1,983.00 |

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Hours | Name | Rate | Amount |
|---|---|---|---|---|---|
| 2/16/2012 | Tax Return Preparation - Review file - summarize trustee's transactions by year and prepare workpapers for 2009, 2010, 2011 and final period 2/29/12. | 2.8 | L. West | 230.00 | 644.00 |
| 2/17/2012 | Tax Return Preparation - Prepare federal and state corporate returns for 2009, 2010, 2011 and final year ended 2/29/12. | 3.2 | L. West | 230.00 | 736.00 |
| 2/17/2012 | Tax Return Preparation - Finalize returns and prepare 505(b) letters, transmittal letters and forms 8821 and IL-2848. | 0.5 | L. West | 230.00 | 115.00 |
| 2/20/2012 | Tax Review - Review workpapers and forms 1120S and IL-1120-ST for 2009, 2010, 2011 and 2012. | 1.4 | B. Glusak | 220.00 | 308.00 |
| 2/21/2012 | Tax Review - Review collated returns for 2009, 2010, 2011 and 2012 forms 1120S and IL-1120-ST. | 0.4 | B. Glusak | 220.00 | 88.00 |
| 2/21/2012 | Tax Review - Final review and sign returns for 2009, 2010, 2011 and final period ended 2/29/12. | 0.4 | L. West | 230.00 | 92.00 |
| | Total | 8.7 | | | 1,983.00 |

1

Invoice No. 25357



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Cardiology Consultants of Northwestern, PC  (09-19004)
- c/o Gus A. Paloian, Trustee
- 131 S. Dearborn Street, Suite 2400
- Chicago, IL 60603

**Date:** March 16, 2012                    **Account No.:** PAL1023L

For Professional Services Rendered:

For accounting and tax services rendered for the period February 16, 2012 through February 21, 2012 including preparation of federal and state corporate income tax returns for the years ended December 31, 2009, December 31, 2010, December 31, 2011 and final year ended February 29, 2012 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|           | Title                 | Hours | Rate    | Amount     |
|-----------|-----------------------|-------|---------|------------|
| L. West   | Bankruptcy Specialist | 6.9   | $230.   | $ 1,587.00 |
| B. Glusak | Tax Specialist        | 1.8   | 220.    | 396.00     |
|           | Total Fees :          | 8.7   |         | $ 1,983.00 |

**Return this copy with your payment, made payable to:** *Popowcer Katten, Ltd.*