UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-19004-SPS |
|---|---|---|
| | § | |
| CARDIOLOGY CONSULTANTS OF NORTHWEST | § § § § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/18/12, in Courtroom 642, United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois  60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed _____    By:  /s/ Gus A. Paloian
                                 (Trustee)

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-19004-SPS |
| | § | |
| CARDIOLOGY CONSULTANTS OF NORTHWEST | § § § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $24,163.70
*and approved disbursements of*     $7,278.48
*leaving a balance on hand of[1]:*     $16,885.22

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $16,885.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** | |
|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $3,166.38 | $0.00 | $329.47 | * |
| SEYFARTH SHAW, Attorney for Trustee Fees | $14,263.00 | $0.00 | $14,263.00 | |
| SEYFARTH SHAW, Attorney for Trustee Expenses | $309.75 | $0.00 | $309.75 | |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $1,983.00 | $0.00 | $1,983.00 | |

* Trustee voluntarily subordinated his request for Trustee compensation to the payment in full of allowed administrative expense claims of Trustee's Accountants and Trustee's Attorneys

Total to be paid for chapter 7 administrative expenses:     $16,885.22
Remaining balance:     $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $90,334.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $58,381.20 | $0.00 | $0.00 |
| 2 | Conduits Online Customer Usage | $441.52 | $0.00 | $0.00 |
| 3 | Pronto Connections | $1,608.17 | $0.00 | $0.00 |
| 4 | American Info Source as Agent | $5,755.67 | $0.00 | $0.00 |
| 5 | American Infosource as Agent for | $22,887.43 | $0.00 | $0.00 |
| 6 | Patterson Office Supplies | $195.22 | $0.00 | $0.00 |
| 7 | Chase Bank USA NA | $1,065.39 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST-Form 101-7-NFR (5/1/2011)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 09-19004-TAB
Cardiology Consultants of Northwestern,                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: mrahmoun              Page 1 of 3          Date Rcvd: Jun 12, 2012
                             Form ID: pdf006             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2012.
db           +Cardiology Consultants of Northwestern, PC,   c/o Box 505,   51 W. Division,
               Chicago, IL 60610-2220
13961535    #+American Express,   PO Box 53852,   Phoenix, AZ 85072-3852
13961537     +Baytree Leasing,   Post Office Box 185,   Lake Bluff, IL 60044-0185
13961538     +Bradford Systems Corporation,   430 Country Club Drive,   Bensenville, IL 60106-1507
13961539     +Cardio Dynamics,   6175 Nancy Ridge Drive, #300,   San Diego, CA 92121-3291
13961540     +Chase,   605 N. Michigan Avenue,   Chicago, IL 60611-3141
14412671      Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
13961541     +Citicard,   PO Box 688901,   Des Moines, IA 50368-8901
13961542     +Conduits Online Customer Usage,   Northwestern Univ. Information Tech,
               1800 Sherman Avenue, #206,   Evanston, IL 60201-3785
13961543     +Data Integrity Computer Systems,   566 W. Adams St., Suite LL-1,   Chicago, IL 60661-5795
13961544     +Hinckley Springs,   PO Box 660579,   Dallas, TX 75266-0579
13961545     +Ikon Office Solutions Inc,   PO Box 802815,   Chicago, IL 60680-2815
13961546     +Liposcience,   75 Remittance Drive, Suite 6601,   Chicago, IL 60675-6601
13961548      Lynn Y Zoiopoulos,   59 E. Belview Place, Apt. 2C,   Chicago, IL 60611
13961549     +McKesson Medical Surgical,   PO Box 933027,   Atlanta, GA 31193-3027
13961550     +Medical Arts Press - Quill,   c/o RMS,   PO Box 3099,   Naperville, IL 60566-7099
13961551     +Medidata,   1231 Golf View Drive,   Woodridge, IL 60517-7701
13961552     +Northwestern Memorial Hospital,   PO Box 73690,   Chicago, IL 60673-7690
13961553     +Patterson Office Supplies,   27101 Network Place,   Chicago, IL 60673-1271
13961555     +Physician Sales & Services,   300-2 Airport Road,   Elgin, IL 60123-1600
13961556     +Pronto Connections Inc,   820 Orleans, Suite 300,   Chicago, IL 60610-3137
13961557     +Quest Diagnostics,   PO Box 12989,   Chicago, IL 60693-0001
13961558     +US Equities Realty LLC,   150 East Huron,   Chicago, IL 60611-2962
14256503      Wells Fargo Bank, N.A.,   MAC S4101-08C,   100 W. Washington St., Phoenix, AZ 85003
13961559     +Wells Fargo Business Line,   Payment Remittance Center,   PO Box 54349,
               Los Angeles, CA 90054-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14336984      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2012 02:36:09
               AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA CARD SERVICES, NA/BANK OF AMERICA,   PO Box 248809,
               Oklahoma City, OK  73124-8809
13961547     +E-mail/Text: LJELINEK@LYNNMED.COM Jun 13 2012 01:04:51     Lynn Medical,   Department 77045,
               PO Box 7700,   Detroit, MI 48277-0001
13961554     +E-mail/Text: pwebb@paychex.com Jun 13 2012 01:05:15     Paychex,   1000 E Warrenville Road,
               Naperville, IL 60563-3574
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13961536    ##+Bank of America,   Bankcard Center,   PO Box 15184,   Wilmington, DE 19850-5184
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mrahmoun            Page 2 of 3            Date Rcvd: Jun 12, 2012
                              Form ID: pdf006           Total Noticed: 28

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 3 of 3                  Date Rcvd: Jun 12, 2012
                               Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2012 at the address(es) listed below:
          Gus A Paloian    gpaloian@seyfarth.com,   gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net
          Lester A Ottenheimer, III    on behalf of Debtor   Cardiology Consultants of Northwestern, PC
           lottenheimer@otrlaw.com,   nfishkin@otrlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roxanne B Jackson    on behalf of Debtor   Cardiology Consultants of Northwestern, PC
           roxannejackson@aol.com
          Ryan  Pinkston    on behalf of Trustee Gus Paloian rpinkston@seyfarth.com,
           chidocket@seyfarth.com;jwoods@seyfarth.com;lzwick@seyfarth.com
                                                                                                                                                                                                          TOTAL: 5