UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>CARDIOLOGY CONSULTANTS OF<br>NORTHWESTERN, PC<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 09-19004<br><br>Chapter: 7<br><br>Honorable Timothy A. Barnes |

## ORDER AWARDING FIRST AND FINAL COMPENSATION AND EXPENSE REIMBURSEMENT TO TRUSTEE'S ATTORNEYS

This matter coming to be heard on the Seyfarth Shaw LLP's First and Final Application for Compensation and Expense Reimbursement as Counsel to Trustee Gus A. Paloian; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Seyfarth Shaw LLP is awarded final compensation in the amount of $14,263.00 and expense reimbursement in the amount of $309.75; and

IT IS FURTHER ORDERED that Gus A. Paloian, Trustee is authorized to pay the amounts awarded from the funds on hand in the Estate as part of his final distribution in this case.

Enter:

United States Bankruptcy Judge

Dated: **18 JUL 2012**

**Prepared by:**
Gus A. Paloian (06188186)
James B. Sowka (6291998)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Rev: 20120501_bko