**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-19004-TAB |
| | § | |
| CARDIOLOGY CONSULTANTS OF NORTHWEST | § § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $10.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $5,000.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $19,163.70 | | |

3)   Total gross receipts of $24,163.70 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $24,163.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $25,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $22,000.61 | $22,000.61 | $19,163.70 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $159,315.07 | $90,334.60 | $90,334.60 | $0.00 |
| **Total Disbursements** | $184,315.07 | $117,335.21 | $117,335.21 | $24,163.70 |

4). This case was originally filed under chapter 7 on 05/27/2009. The case was pending for 40 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/25/2012        By:   /s/ Gus A. Paloian
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| MACHINERY, FIXTURES, AND BUSINESS E | 1129-000 | $12,000.00 |
| ACCOUNTS RECEIVABLE | 1221-000 | $1,200.00 |
| ACCOUNTS RECEIVABLE | 1221-000 | $10,956.20 |
| Interest Asset | 1270-000 | $7.50 |
| **TOTAL GROSS RECEIPTS** | | **$24,163.70** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WELLS FARGO BANK | 4210-002 | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| | Baytree Leasing | 4210-000 | $25,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$25,000.00** | **$5,000.00** | **$5,000.00** | **$5,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $3,166.38 | $3,166.38 | $329.47 |
| INTERNATIONAL SECURITIES, LTD | 2300-000 | NA | $15.75 | $15.75 | $15.75 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $14.49 | $14.49 | $14.49 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $8.69 | $8.69 | $8.69 |
| U-STOR-IT | 2410-000 | NA | $2,218.00 | $2,218.00 | $2,218.00 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | $21.55 | $21.55 | $21.55 |
| East West Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| ASSOCIATED BANK | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| SEYFARTH SHAW, Attorney for Trustee | 3110-000 | NA | $14,263.00 | $14,263.00 | $14,263.00 |
| SEYFARTH SHAW, | 3120-000 | NA | $309.75 | $309.75 | $309.75 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee POPOWCER KATTEN, LTD., Accountant for Trustee | 3410-000 | NA | $1,983.00 | $1,983.00 | $1,983.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $22,000.61 | $22,000.61 | $19,163.70 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | $58,383.41 | $58,381.20 | $58,381.20 | $0.00 |
| 2 | Conduits Online Customer Usage | 7100-000 | $110.38 | $441.52 | $441.52 | $0.00 |
| 3 | Pronto Connections | 7100-000 | $1,047.75 | $1,608.17 | $1,608.17 | $0.00 |
| 4 | American Info Source as Agent | 7100-000 | $27,730.40 | $5,755.67 | $5,755.67 | $0.00 |
| 5 | American Infosource as Agent for | 7100-000 | $6,126.16 | $22,887.43 | $22,887.43 | $0.00 |
| 6 | Patterson Office Supplies | 7100-000 | $195.22 | $195.22 | $195.22 | $0.00 |
| 7 | Chase Bank USA NA | 7100-000 | $397.03 | $1,065.39 | $1,065.39 | $0.00 |
| | American Express | 7100-000 | $82.26 | NA | NA | $0.00 |
| | Bradford Systems Corp. | 7100-000 | $313.71 | NA | NA | $0.00 |
| | Cardio Dynamics | 7100-000 | $1,307.85 | NA | NA | $0.00 |
| | Citicard | 7100-000 | $43,880.00 | NA | NA | $0.00 |
| | Data Integrity Computer Systems | 7100-000 | $1,228.75 | NA | NA | $0.00 |
| | Hinkley Springs | 7100-000 | $40.27 | NA | NA | $0.00 |
| | Ikon Office Solutions | 7100-000 | $643.47 | NA | NA | $0.00 |
| | Liposcience | 7100-000 | $910.00 | NA | NA | $0.00 |
| | Lynn Medical | 7100-000 | $1,542.24 | NA | NA | $0.00 |
| | McKesson Medical Surgical | 7100-000 | $2,248.18 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Medical Arts Press-Quill | 7100-000 | $792.12 | NA | NA | $0.00 |
| Meditata | 7100-000 | $0.00 | NA | NA | $0.00 |
| Northwestern Memorial Hospital | 7100-000 | $19.16 | NA | NA | $0.00 |
| Paychex | 7100-000 | $48.50 | NA | NA | $0.00 |
| Physicians Sales & Service | 7100-000 | $2,037.49 | NA | NA | $0.00 |
| Quest Diagnostics | 7100-000 | $4,977.03 | NA | NA | $0.00 |
| US Equities Realty LLC | 7100-000 | $5,253.69 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $159,315.07 | $90,334.60 | $90,334.60 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 09-19004-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Date Filed (f) or Converted (c): | 05/27/2009 (f) |
| For the Period Ending: | 9/25/2012 | §341(a) Meeting Date: | 07/08/2009 |
| | | Claims Bar Date: | 10/22/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE (u) | $10,956.20 | $0.00 | | $10,956.20 | FA |
| **Asset Notes:** | ACCOUNTS RECEIVABLE RECOVERED BY MEDI-DATA SERVICES, LTD | | | | | |
| 2 | ACCOUNTS RECEIVABLE (u) | $1,200.00 | $0.00 | | $1,200.00 | FA |
| **Asset Notes:** | ACCOUNTS RECEIVABLE RECOVERED BY KCA FINANCIAL SERVICES, INC. | | | | | |
| 3 | BANK ACCOUNTS | $10.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Checking account (operating account) - Chase | | | | | |
| 4 | MACHINERY, FIXTURES, AND BUSINESS E | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 3 computers, printers and monitors, 1 scanner, 2 end tables, 1 treadmill, 20 chairs, 2 tables, 3 desks, miscellaneous cabinets, filing cabinets | | | | | |
| 5 | BANK ACCOUNTS | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Checking account (operating account) - Citibank | | | | | |
| 6 | BANK ACCOUNTS | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Checking account (operating account) - Bank of America | | | | | |
| 7 | BANK ACCOUNTS | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Checking account (payroll account) - Citibank | | | | | |
| 8 | ACCOUNTS RECEIVABLE | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | A/C | | | | | |
| 9 | OFFICE EQUIPMENT, FURNISHINGS, AND | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Copier (leased) | | | | | |
| 10 | MACHINERY, FIXTURES, AND BUSINESS E | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | HP AED Defibrillator, Treadmill (Model TMX 425), Cambridge Heart Monitor (Model CH 2000), Echo Sonos 5500, HP Page Writer, 300 PI, DFT machine | | | | | |
| 11 | MACHINERY, FIXTURES, AND BUSINESS E | $40,000.00 | $0.00 | | $12,000.00 | FA |
| **Asset Notes:** | CardioDynamics Bioz DX ICG System (leased) and EKG | | | | | |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | ALL SCHEDULED OFFICE EQUIPMENT, MACHINERY, AND FIXTURES  RELATED TO SCHEDULED PROPERTIES (ASSET NOS. 4, 9, 11) | | | | | |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 10000 | Notes and Accounts Receivables (u) (u) | $0.00 | $18.75 | DA | $0.00 | FA |
| **Asset Notes:** | Stale dated collection check received from KCA Financial Services; no benefit to Estate creditors to pursue recovery of these funds; Trustee will abandon at closing | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| **Case No.:** | 09-19004-TAB | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | CARDIOLOGY CONSULTANTS OF NORTHWEST | **Date Filed (f) or Converted (c):** | 05/27/2009 (f) |
| **For the Period Ending:** | 9/25/2012 | **§341(a) Meeting Date:** | 07/08/2009 |
| | | **Claims Bar Date:** | 10/22/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| INT  Interest Asset | Unknown | Unknown | | $7.50 | Unknown |

**TOTALS (Excluding unknown value)**

|  | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $63,166.20 | $18.75 | | $24,163.70 | $0.00 |

**Major Activities affecting case closing:**
  Trustee has liquidated certain business assets of the Debtor (machinery, office equipment).  Accountant prepared final tax returns. Final Report drafted.

**Initial Projected Date Of Final Report (TFR):**  08/31/2010    **Current Projected Date Of Final Report (TFR):**  07/31/2012    /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Checking Acct #: | ******5120 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Assoc. Bank Checking Account |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $16,899.71 | | $16,899.71 |
| 11/30/2011 | | ASSOCIATED BANK | Wire In fee | 2990-000 | | $15.00 | $16,884.71 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $16,899.71 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $16,899.71 | $0.00 |
| | | | TOTALS: | | $16,899.71 | $16,899.71 | $0.00 |
| | | | Less: Bank transfers/CDs | | $16,899.71 | $16,899.71 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 5/27/2009 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,899.71 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,899.71 |

**For the entire history of the account between 01/18/2012 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,899.71 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,899.71 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Money Market Acct #: | ******4277 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2009 | (1) | CHRISTOPHER J. NEVILLE | ACCOUNTS RECEIVABLE | 1221-000 | $40.00 | | $40.00 |
| 07/22/2009 | (1) | RONALD D. LEE | ACCOUNTS RECEIVABLE | 1221-000 | $20.00 | | $60.00 |
| 07/22/2009 | (1) | MICHAEL DANIEL OLVERA | ACCOUNTS RECEIVABLE | 1221-000 | $20.00 | | $80.00 |
| 07/22/2009 | (1) | BARBARA A. AIELLO | ACCOUNTS RECEIVABLE | 1221-000 | $20.00 | | $100.00 |
| 07/22/2009 | (1) | DAWN A. MORA | ACCOUNTS RECEIVABLE | 1221-000 | $38.91 | | $138.91 |
| 07/22/2009 | (1) | SYBIL D. STEWARD | ACCOUNTS RECEIVABLE | 1221-000 | $101.06 | | $239.97 |
| 07/22/2009 | (1) | ANDREW J. ROWE | ACCOUNTS RECEIVABLE | 1221-000 | $184.72 | | $424.69 |
| 07/22/2009 | (1) | RICHARD A. LUTKUS | ACCOUNTS RECEIVABLE | 1221-000 | $146.00 | | $570.69 |
| 07/22/2009 | (1) | JONATHAN S. ROSS | ACCOUNTS RECEIVABLE | 1221-000 | $20.00 | | $590.69 |
| 07/22/2009 | (1) | ESTELLE CLARK | ACCOUNTS RECEIVABLE | 1221-000 | $25.00 | | $615.69 |
| 07/22/2009 | (1) | DANIEL F. BROPHY | ACCOUNTS RECEIVABLE | 1221-000 | $177.00 | | $792.69 |
| 07/22/2009 | (1) | GLENN C. KRAUSE | ACCOUNTS RECEIVABLE | 1221-000 | $20.00 | | $812.69 |
| 07/22/2009 | (1) | HERMENEGILDO YU | ACCOUNTS RECEIVABLE | 1221-000 | $25.00 | | $837.69 |
| 07/22/2009 | (1) | HERMENEGILDO YU | ACCOUNTS RECEIVABLE | 1221-000 | $25.00 | | $862.69 |
| 07/22/2009 | (1) | RUTHIE M. MILLER | ACCOUNTS RECEIVABLE | 1221-000 | $5.40 | | $868.09 |
| 07/22/2009 | (1) | JANICE M. FLESZAR | ACCOUNTS RECEIVABLE | 1221-000 | $241.20 | | $1,109.29 |
| 07/22/2009 | (1) | BERNADETTE HACKMAN | ACCOUNTS RECEIVABLE | 1221-000 | $43.00 | | $1,152.29 |
| 07/22/2009 | (1) | RAYNELL BLOCK | ACCOUNTS RECEIVABLE | 1221-000 | $34.30 | | $1,186.59 |
| 07/22/2009 | (1) | REBECCA DUCHATEAU | ACCOUNTS RECEIVABLE | 1221-000 | $51.07 | | $1,237.66 |
| 07/22/2009 | (1) | KARLA KAULFUSS | ACCOUNTS RECEIVABLE | 1221-000 | $10.00 | | $1,247.66 |
| 07/22/2009 | (1) | COSTA D. ALEXANDER | ACCOUNTS RECEIVABLE | 1221-000 | $31.30 | | $1,278.96 |
| 07/22/2009 | (1) | MICHAEL C. SHERMAN | ACCOUNTS RECEIVABLE | 1221-000 | $30.00 | | $1,308.96 |
| 07/22/2009 | (1) | ELIZABETH BEKOE | ACCOUNTS RECEIVABLE | 1221-000 | $25.00 | | $1,333.96 |
| 07/22/2009 | (1) | JULIA L. SMITH | ACCOUNTS RECEIVABLE | 1221-000 | $10.00 | | $1,343.96 |
| 07/22/2009 | (1) | RUTHIE M. MILLER | ACCOUNTS RECEIVABLE | 1221-000 | $6.32 | | $1,350.28 |
| 07/22/2009 | (1) | VICTORIA BROYDO | ACCOUNTS RECEIVABLE | 1221-000 | $110.00 | | $1,460.28 |
| 07/22/2009 | (1) | BENJAMIN P. MCDONALD | ACCOUNTS RECEIVABLE | 1221-000 | $25.00 | | $1,485.28 |
| | | | **SUBTOTALS** | | **$1,485.28** | **$0.00** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Money Market Acct #: | ******4277 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2009 | (1) | ESTELLE CLARK | ACCOUNTS RECEIVABLE | 1221-000 | $25.00 | | $1,510.28 |
| 07/22/2009 | (1) | SHIRLEY HATHAWAY | ACCOUNTS RECEIVABLE | 1221-000 | $206.70 | | $1,716.98 |
| 07/22/2009 | (1) | JOHATHAN S. ROSS | ACCOUNTS RECEIVABLE | 1221-000 | $20.00 | | $1,736.98 |
| 07/22/2009 | (1) | TAMARA MYERS | ACCOUNTS RECEIVABLE | 1221-000 | $50.00 | | $1,786.98 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1221-000 | $2,021.03 | | $3,808.01 |
| 07/22/2009 | (1) | UMR | ACCOUNTS RECEIVABLE | 1221-000 | $25.28 | | $3,833.29 |
| 07/22/2009 | (1) | UNITED HEALTHCARE SERVICE LLC | ACCOUNTS RECEIVABLE | 1221-000 | $25.37 | | $3,858.66 |
| 07/22/2009 | (1) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $101.25 | | $3,959.91 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1221-000 | $187.34 | | $4,147.25 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1221-000 | $14.02 | | $4,161.27 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1221-000 | $7.68 | | $4,168.95 |
| 07/22/2009 | (1) | AETNA | ACCOUNTS RECEIVABLE | 1221-000 | $143.01 | | $4,311.96 |
| 07/22/2009 | (1) | UNITED HEALTH CARE | ACCOUNTS RECEIVABLE | 1221-000 | $216.20 | | $4,528.16 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1221-000 | $386.78 | | $4,914.94 |
| 07/22/2009 | (1) | UNITED HEALTHCARE INSURANCE COMPANY | ACCOUNTS RECEIVABLE | 1221-000 | $2.02 | | $4,916.96 |
| 07/22/2009 | (1) | DANIEL W. HYNES | ACCOUNTS RECEIVABLE | 1221-000 | $7.20 | | $4,924.16 |
| 07/22/2009 | (1) | DANIEL W. HYNES | ACCOUNTS RECEIVABLE | 1221-000 | $1.18 | | $4,925.34 |
| 07/22/2009 | (1) | MARQUETTE NATIONAL LIFE INSURANCE C | ACCOUNTS RECEIVABLE | 1221-000 | $31.71 | | $4,957.05 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1221-000 | $31.71 | | $4,988.76 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1221-000 | $35.78 | | $5,024.54 |
| 07/22/2009 | (1) | CIGNA | ACCOUNTS RECEIVABLE | 1221-000 | $7.77 | | $5,032.31 |
| 07/22/2009 | (1) | BLUECROSS BLLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1221-000 | $1,971.30 | | $7,003.61 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1221-000 | $949.53 | | $7,953.14 |
| 07/22/2009 | (1) | BARBARA SUBER | ACCOUNTS RECEIVABLE | 1221-000 | $20.00 | | $7,973.14 |

**SUBTOTALS** $6,487.86 $0.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 09-19004-TAB | **Trustee Name:** | Gus A. Paloian |
|---|---|---|---|
| **Case Name:** | CARDIOLOGY CONSULTANTS OF NORTHWEST | **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Primary Taxpayer ID #:** | ******2447 | **Money Market Acct #:** | ******4277 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account (Interest Earn |
| **For Period Beginning:** | 5/27/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/25/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/22/2009 | (1) | BARBARA SUBER | ACCOUNTS RECEIVABLE | 1221-000 | $20.00 | | $7,993.14 |
| 07/22/2009 | (1) | LESLIE ANN SWIBES | ACCOUNTS RECEIVABLE | 1221-000 | $30.00 | | $8,023.14 |
| 07/22/2009 | (1) | LESLIE ANN SWIBES | ACCOUNTS RECEIVABLE | 1221-000 | $54.60 | | $8,077.74 |
| 07/22/2009 | (1) | LESLIE ANN SWIBES | ACCOUNTS RECEIVABLE | 1221-000 | $30.00 | | $8,107.74 |
| 07/22/2009 | (1) | UNITED HEALTH CARE | ACCOUNTS RECEIVABLE | 1221-000 | $97.32 | | $8,205.06 |
| 07/22/2009 | (1) | UNITED HEALTHCARE INSURANCE COMPANY | ACCOUNTS RECEIVABLE | 1221-000 | $162.07 | | $8,367.13 |
| 07/22/2009 | (1) | PRINCIPAL FINANCIAL GROUP | ACCOUNTS RECEIVABLE | 1221-000 | $179.96 | | $8,547.09 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1221-000 | $1,169.07 | | $9,716.16 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1221-000 | $269.07 | | $9,985.23 |
| 07/22/2009 | (1) | BLUECROSS BLUESHIELD OF ILLINOIS | ACCOUNTS RECEIVABLE | 1221-000 | $480.73 | | $10,465.96 |
| 07/22/2009 | (1) | EVAN FADER | ACCOUNTS RECEIVABLE | 1221-000 | $20.00 | | $10,485.96 |
| 07/22/2009 | (1) | AETNA | ACCOUNTS RECEIVABLE | 1221-000 | $181.02 | | $10,666.98 |
| 07/22/2009 | (1) | UNITED OF OMAHA LIFE INSURANCE CO. | ACCOUNTS RECEIVABLE | 1221-000 | $121.64 | | $10,788.62 |
| 07/22/2009 | (1) | STERLING LIFE INSURANCE COMPANY | ACCOUNTS RECEIVABLE | 1221-000 | $53.37 | | $10,841.99 |
| 07/22/2009 | (1) | HUMANA | ACCOUNTS RECEIVABLE | 1221-000 | $114.21 | | $10,956.20 |
| 07/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.04 | | $10,956.24 |
| 08/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.28 | | $10,956.52 |
| 09/10/2009 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $200.00 | $10,756.52 |
| 09/15/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $18.75 | | $10,775.27 |
| 09/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.27 | | $10,775.54 |
| 10/09/2009 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $295.00 | $10,480.54 |
| 10/22/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $150.00 | | $10,630.54 |
| 10/22/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $168.75 | | $10,799.29 |
| 10/22/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $150.00 | | $10,949.29 |

**SUBTOTALS** $3,471.15 $495.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Money Market Acct #: | ******4277 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $168.75 | | $11,118.04 |
| 10/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.26 | | $11,118.30 |
| 11/06/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $93.75 | | $11,212.05 |
| 11/17/2009 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $331.00 | $10,881.05 |
| 11/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.28 | | $10,881.33 |
| 12/04/2009 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $75.00 | | $10,956.33 |
| 12/08/2009 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $10,671.33 |
| 12/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.27 | | $10,671.60 |
| 01/05/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $10,386.60 |
| 01/13/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $93.75 | | $10,480.35 |
| 01/28/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $10,195.35 |
| 01/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.26 | | $10,195.61 |
| 02/05/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $75.00 | | $10,270.61 |
| 02/05/2010 | 201 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | $8.69 | $10,261.92 |
| 02/26/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.24 | | $10,262.16 |
| 03/02/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $9,977.16 |
| 03/08/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $93.75 | | $10,070.91 |
| 03/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.26 | | $10,071.17 |
| 04/02/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $285.00 | $9,786.17 |
| 04/15/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $75.00 | | $9,861.17 |
| 04/21/2010 | (11) | GREAT LAKES BANK OF CHOICE | SALE OF PERSONAL PROPERTY | 1129-000 | $12,000.00 | | $21,861.17 |
| 04/23/2010 | | Transfer to Acct #******4280 | Bank Funds Transfer | 9999-000 | | $5,000.00 | $16,861.17 |
| 04/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.26 | | $16,861.43 |
| 05/11/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $18.75 | | $16,880.18 |
| 05/28/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.43 | | $16,880.61 |
| 06/09/2010 | (2) | KCA FINANCIAL SERVICES, INC. | ACCOUNTS RECEIVABLE | 1221-000 | $18.75 | | $16,899.36 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.42 | | $16,899.78 |

**SUBTOTALS** $12,715.18 $6,764.69

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Money Market Acct #: | ******4277 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.43 | | $16,900.21 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.43 | | $16,900.64 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.42 | | $16,901.06 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.42 | | $16,901.48 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.42 | | $16,901.90 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.43 | | $16,902.33 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.43 | | $16,902.76 |
| 02/25/2011 | 202 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | 2300-000 | | $15.75 | $16,887.01 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.13 | | $16,887.14 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.14 | | $16,887.28 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.13 | | $16,887.41 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.15 | | $16,887.56 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.14 | | $16,887.70 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.13 | | $16,887.83 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.15 | | $16,887.98 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.14 | | $16,888.12 |
| 10/04/2011 | | Transfer from Acct #******4280 | Bank Funds Transfer | 9999-000 | $33.00 | | $16,921.12 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.14 | | $16,921.26 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $21.55 | $16,899.71 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.13 | | $16,899.84 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $16,899.71 | $0.13 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | | 1270-000 | ($0.13) | | $0.00 |

| | | | | **SUBTOTALS** | $37.23 | $16,937.01 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 09-19004-TAB |
| **Case Name:** | CARDIOLOGY CONSULTANTS OF NORTHWEST |
| **Primary Taxpayer ID #:** | ******2447 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 5/27/2009 |
| **For Period Ending:** | 9/25/2012 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Money Market Acct #:** | ******4277 |
| **Account Title:** | Money Market Account (Interest Earn |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $24,196.70 | $24,196.70 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $33.00 | $24,150.71 | |
| | | | **Subtotal** | | $24,163.70 | $45.99 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $24,163.70 | $45.99 | |

| For the period of 5/27/2009 to 9/25/2012 | | For the entire history of the account between 07/22/2009 to 9/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,163.70 | Total Compensable Receipts: | $24,163.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,163.70 | Total Comp/Non Comp Receipts: | $24,163.70 |
| Total Internal/Transfer Receipts: | $33.00 | Total Internal/Transfer Receipts: | $33.00 |
| | | | |
| Total Compensable Disbursements: | $45.99 | Total Compensable Disbursements: | $45.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $45.99 | Total Comp/Non Comp Disbursements: | $45.99 |
| Total Internal/Transfer Disbursements: | $24,150.71 | Total Internal/Transfer Disbursements: | $24,150.71 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-19004-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Checking Acct #: | ******4280 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | BofA Checking Account |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/10/2009 |  | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $200.00 |  | $200.00 |
| 09/10/2009 | 2001 | U-STOR-IT | STORAGE FEES<br>STORAGE OF OFFICE EQUIPMENT AND MACHINERY RE: ASSET NOS. 4, 9. 10 AND 11<br>FEES FOR OUTSTANDING BALANCE ON DEBTOR'S STORAGE UNIT | 2410-000 |  | $167.00 | $33.00 |
| 10/09/2009 |  | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $295.00 |  | $328.00 |
| 10/09/2009 | 2002 | U-STOR-IT | STORAGE FEES<br>OCTOBER PAYMENT (STORAGE OF OFFICE EQUIPMENT AND MACHINERY RE: ASSET NOS. 4, 9. 10 AND 11)<br>FEES FOR OCTOBER RENT FOR DEBTOR'S STORAGE UNIT | 2410-000 |  | $295.00 | $33.00 |
| 11/17/2009 |  | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $331.00 |  | $364.00 |
| 11/17/2009 | 2003 | U-STOR-IT | STORAGE FEES<br>NOVEMBER RENT (STORAGE OF OFFICE EQUIPMENT AND MACHINERY RE: ASSET NOS. 4, 9. 10 AND 11)<br>NOVEMBER RENT PLUS LATE FEES | 2410-000 |  | $331.00 | $33.00 |
| 12/08/2009 |  | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 |  | $318.00 |
| 12/08/2009 | 2004 | U-STOR-IT | STORAGE FEES | 2410-000 |  | $285.00 | $33.00 |
| 01/05/2010 |  | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 |  | $318.00 |
| 01/05/2010 | 2005 | U-STOR-IT | STORAGE FEES | 2410-000 |  | $285.00 | $33.00 |
| 01/28/2010 |  | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 |  | $318.00 |
| 01/28/2010 | 2006 | U-STOR-IT | STORAGE FEES | 2410-000 |  | $285.00 | $33.00 |
| 03/02/2010 |  | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 |  | $318.00 |
| 03/02/2010 | 2007 | U-STOR-IT | STORAGE FEES | 2410-000 |  | $285.00 | $33.00 |
| 04/02/2010 |  | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $285.00 |  | $318.00 |
| 04/02/2010 | 2008 | U-STOR-IT | STORAGE FEES | 2410-000 |  | $285.00 | $33.00 |
| 04/23/2010 |  | Transfer from Acct #******4277 | Bank Funds Transfer | 9999-000 | $5,000.00 |  | $5,033.00 |
|  |  |  | **SUBTOTALS** |  | $7,251.00 | $2,218.00 |  |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******2447 | Checking Acct #: | ******4280 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 5/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/23/2010 | 2009 | WELLS FARGO BANK | INTEREST IN LEASE | 4210-002 | | $5,000.00 | $33.00 |
| 10/04/2011 | | Transfer to Acct #******4277 | Bank Funds Transfer | 9999-000 | | $33.00 | $0.00 |
| | | | **TOTALS:** | | $7,251.00 | $7,251.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $7,251.00 | $33.00 | |
| | | | **Subtotal** | | $0.00 | $7,218.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7,218.00 | |

| For the period of 5/27/2009 to 9/25/2012 | | For the entire history of the account between 07/22/2009 to 9/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,251.00 | Total Internal/Transfer Receipts: | $7,251.00 |
| | | | |
| Total Compensable Disbursements: | $2,218.00 | Total Compensable Disbursements: | $2,218.00 |
| Total Non-Compensable Disbursements: | $5,000.00 | Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp Disbursements: | $7,218.00 | Total Comp/Non Comp Disbursements: | $7,218.00 |
| Total Internal/Transfer Disbursements: | $33.00 | Total Internal/Transfer Disbursements: | $33.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-19004-TAB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******2447 | | Checking Acct #: | ******0043 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $16,899.71 | | $16,899.71 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $14.49 | $16,885.22 |
| 07/24/2012 | 5002 | GUS A. PALOIAN, TRUSTEE | Trustee Compensation | 2100-000 | | $329.47 | $16,555.75 |
| 07/24/2012 | 5003 | SEYFARTH SHAW | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $14,263.00 | $2,292.75 |
| 07/24/2012 | 5004 | SEYFARTH SHAW | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $309.75 | $1,983.00 |
| 07/24/2012 | 5005 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $1,983.00 | $0.00 |
| 08/17/2012 | | East West Bank | Bank Service Fee | 2600-000 | | $70.39 | ($70.39) |
| 08/31/2012 | | East West Bank | Reversal bank service fee (reversed 8/20/12-posted 9/12) | 2600-002 | | ($70.39) | $0.00 |

|  |  |  | TOTALS: | | $16,899.71 | $16,899.71 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $16,899.71 | $0.00 | |
| | | | Subtotal | | $0.00 | $16,899.71 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $16,899.71 | |

| For the period of 5/27/2009 to 9/25/2012 | | For the entire history of the account between 02/22/2012 to 9/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,899.71 | Total Internal/Transfer Receipts: | $16,899.71 |
| | | | |
| Total Compensable Disbursements: | $16,899.71 | Total Compensable Disbursements: | $16,899.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,899.71 | Total Comp/Non Comp Disbursements: | $16,899.71 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 09-19004    Doc 39    Filed 10/12/12    Entered 10/12/12 14:13:18    Desc Main    Page No: 11    Exhibit 9
Document    Page 18 of 18

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-19004-TAB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | CARDIOLOGY CONSULTANTS OF NORTHWEST | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******2447 | | Checking Acct #: | ******0043 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $24,163.70 | $24,163.70 | $0.00 |

**For the period of 5/27/2009 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $24,163.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,163.70 |
| Total Internal/Transfer Receipts: | $41,083.42 |
| | |
| Total Compensable Disbursements: | $19,163.70 |
| Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp Disbursements: | $24,163.70 |
| Total Internal/Transfer Disbursements: | $41,083.42 |

**For the entire history of the case between 05/27/2009 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $24,163.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,163.70 |
| Total Internal/Transfer Receipts: | $41,083.42 |
| | |
| Total Compensable Disbursements: | $19,163.70 |
| Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp Disbursements: | $24,163.70 |
| Total Internal/Transfer Disbursements: | $41,083.42 |